In the Matter of the Proposed Laying Out of a New Street Known as TROTTING COURSE LANE across the Right of Way of the Rockaway Beach Branch of the Long Island Rail Road Company at Glendale, Borough of Queens. LONG ISLAND RAIL ROAD COMPANY, Appellant; CITY OF NEW YORK, Respondent.— Appeal from a determination of the board of estimate of the city of New York that public necessity requires that a new street or portion thereof known as Trotting Course Lane be carried across the right of way of appellant railroad. Determination confirmed, with costs. No opinion. Lewis, P. J., Johnston, Sneed and Wenzel, JJ., concur; Adel, J., dissents and votes to reverse and set aside the determination on the ground that, upon the conceded facts, section 90 of the Railroad Law does not apply.